# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-37-GF-BMM |
| Plaintiff, | |
| vs. | |
| JOHN CURTIS STRIKER, JR., | ORDER |
| Defendant. | |

Upon unopposed motion of the United States, and for good cause shown, IT IS ORDERED that the forfeiture allegation contained in the indictment (Doc. 1) is DISMISSED.

DATED this 27th day of June 2018.

_____
Brian Morris
United States District Court Judge

1