# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN CURTIS STRIKER, JR., <br><br> Defendant. | **CR-18-37-GF-BMM** <br><br><br> **ORDER** |

Defendant John Curtis Striker, Jr. appeared before United States Magistrate Judge John Johnston on August 14, 2018 and entered a plea of guilty to the charges of Felon in Possession of a Firearm and False Statement During a Firearms Transaction, as set forth in Counts I and II of the Indictment. Judge Johnstone entered Findings and Recommendations on August 14, 2018. (Doc. 23.)

Judge Johnstone determined: (1) that Striker was fully competent and capable of entering an informed and voluntary plea; (2) that Striker was aware of the nature of the charges against him and the consequences of pleading guilty to Counts I and II; (3) that Striker understood his constitutional rights, and the extent to which he was waiving those rights by pleading guilty; and (4) that Striker's plea of guilty was knowing and voluntary plea supported by an independent basis in

fact sufficient to prove each of the essential elements charged in Counts I and II. (Doc. 23 at 1-2.) Judge Johnston recommended that the Court accept Striker's plea of guilty to charges of Felon in Possession of a Firearm and False Statement During a Firearms Transaction. (Doc. 23 at 2.) Judge Johnston further recommended that the Court dismiss the Indictments in CR-18-39-BMM and CR-18-48-GF-BMM.

Neither party filed objections. Accordingly, the Court will review Judge Johnston's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no error and adopts Judge Johnston's Findings and Recommendations in full.

IT IS ORDERED:

Striker's Motion to Change Plea (Doc. 17) is GRANTED.

DATED this 12th day of September, 2018.

_____
Brian Morris
United States District Court Judge