IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-37-GF-BMM-JTJ |
| Plaintiff, | **FINDINGS AND RECOMMENDATIONS** |
| vs. | |
| JOHN CURTIS STRIKER, JR., | |
| Defendant. | |

## I. Synopsis

Defendant John Curtis Striker, Jr. (Striker) has been accused of violating the conditions of his supervised release. Striker admitted all of the alleged violations. Striker's supervised release should be revoked. Striker should be placed in custody for 7 months, with no supervised release to follow.

## II. Status

Striker pleaded guilty on August 14, 2018, to making a False Statement During a Firearms Transaction, and being a Felon in Possession of a Firearm. (Doc. 21). The Court sentenced Striker to 8 months of custody, followed by 2 years of supervised release. (Doc. 30). Striker's current term of supervised release began on September 17, 2019. (Doc. 37 at 1).

**Petition**

The United States Probation Office filed a Petition on December 16, 2021, requesting that the Court revoke Striker's supervised release. (Doc. 37). The Petition alleged that Striker had violated the conditions of his supervised release: 1) by failing to report for substance abuse testing; 2) by failing to complete his substance abuse treatment program; and 3) by using methamphetamine.

**Initial appearance**

Striker appeared before the undersigned for his initial appearance on July 14, 2022. Striker was represented by counsel. Striker stated that he had read the petition and that he understood the allegations. Striker waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on July 14, 2022. Striker admitted that he had violated the conditions of his supervised release: 1) by failing to report for substance abuse testing; 2) by failing to complete his substance abuse treatment program; and 3) by using methamphetamine. The violations are serious and warrant revocation of Striker's supervised release.

Striker's violations are Grade C violations. Striker's criminal history

category is II. Striker's underlying offenses are Class C felonies. Striker could be incarcerated for up to 24 months. Striker could be ordered to remain on supervised release for up to 30 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 4 to 10 months.

### III. Analysis

Striker's supervised release should be revoked. Striker should be incarcerated for 7 months, with no supervised release to follow. This sentence is sufficient but not greater than necessary.

### IV. Conclusion

The Court informed Striker that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Striker of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Striker that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That John Curtis Striker, Jr. violated the conditions of his supervised release: by failing to report for substance abuse testing; by failing to complete his substance abuse treatment program; and by using methamphetamine.

3

The Court **RECOMMENDS:**

That the District Court revoke Striker's supervised release and commit Striker to the custody of the United States Bureau of Prisons for 7 months, with no supervised release to follow.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 18th day of July, 2022.

John Johnston
United States Magistrate Judge