IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>JOHN CURTIS STRIKER,<br><br>Defendant. | CR-18-37-GF-BMM<br><br><br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on July 18, 2022. (Doc. 44.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on July 14, 2022. (Doc. 39.) The United States accused John Striker (Striker) of violating his conditions of supervised release 1) by failing to report for substance abuse testing; 2) by failing to

complete his substance abuse treatment program; and 3) by using methamphetamine. (Doc. 37.)

At the revocation hearing, Striker admitted that he had violated the conditions of his supervised release 1) by failing to report for substance abuse testing; 2) by failing to complete his substance abuse treatment program; and 3) by using methamphetamine. (Doc. 39.)  Judge Johnston found that the violations Striker admitted proved to be serious and warranted revocation, and recommended that Bird receive a custodial sentence of 7 months, with no supervised release to follow. (Doc. 44.)  Bird was advised of his right to appeal and his right to allocute before the undersigned.  (Doc. 89.)

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 44) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant John Curtis Striker be sentenced to the Bureau of Prisons for 7 months, no supervised release to follow.

DATED this 2nd day of August, 2022.

_____
Brian Morris, Chief District Judge
United States District Court

Case 4:18-cr-00037-BMM   Document 46   Filed 08/02/22   Page 4 of 4